

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00114-CR
No. 02-22-00115-CR

———————————————

WILLIAM ADAM WALKER, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from County Criminal Court No. 3
Tarrant County, Texas
Trial Court Nos. 1665266, 1665265

---

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

On January 13, 2021, the trial court sentenced appellant William Adam Walker to 40 days' confinement for failure to identify under Section 38.02(d)(2) of the Texas Penal Code.[1] *See* Tex. Penal Code Ann. § 38.02(d)(2). No motion for new trial was filed in either cause number, so appellant's notice of appeal was due February 12, 2021, but was not filed until June 1, 2022. *See* Tex. R. App. P. 26.2(a)(1). We informed him that unless he filed a response showing grounds for continuing the appeals, we would dismiss them.

Walker responded to our letter pro se, but his response does not show grounds for continuing the appeals. We have not received a response from appellant's appointed counsel. Because his notice of appeal was not timely and because a timely notice of appeal is an essential component of our jurisdiction, we dismiss the appeals. *See* Tex. R. App. P. 25.2(b), 26.2(a)(1) (stating that a defendant has thirty days after the imposition of a sentence to file a notice of appeal), 43.2(f); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Rodarte v. State*, 860 S.W.2d 108, 110 (Tex. Crim. App. 1993) (discussing the rule of appellate procedure that preceded rule 26.2, which likewise required the filing of a notice of appeal within thirty days after the imposition of a sentence, and dismissing an untimely appeal for want of jurisdiction).

---

[1]In the second trial court cause number from which Walker now attempts to appeal, he was charged with resisting arrest, search, or transportation. The State filed a motion to dismiss, and on January 13, 2021, the trial court signed an order dismissing the second trial court cause number.

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: September 15, 2022